**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-1734

---

MICHAEL D. WILKINS,

                                    Plaintiff - Appellant,

        versus

JUDGE HENDERSON; WOODROW P. LIPSCOMB, Attor-
ney; WILLIAM SUGG, Judge; CHARLES MCCORMICK,
Judge; JUDICIAL INQUIRY AND REVIEW COMMISSION,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior
District Judge.  (CA-97-899)

---

Submitted:  July 2, 1998          Decided:  July 22, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Michael D. Wilkins, Appellant Pro Se.  Anton Joseph Stelly, William
S. Smithers, Jr., THOMPSON, SMITHERS, NEWMAN & WADE, Richmond,
Virginia; Richard Cullen, Gregory E. Lucyk, Claude Alexander Allen,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting the motions to dismiss filed by Defendants Lipscomb, Sugg, McCormick, and Judicial Inquiry and Review Commission. We dismiss the appeal for lack of jurisdiction because the order did not dispose of all the defendants in the action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2